# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-01850-MLB
## Faulk v. Dimerco Express USA Corp.
## Honorable Michael L. Brown

Minute Sheet for proceedings held on 10/05/2023.

TIME COURT COMMENCED: 11:10 A.M.
TIME COURT CONCLUDED: 11:40 A.M.   COURT REPORTER: Jana Colter
TIME IN COURT: 00:30   DEPUTY CLERK: Harry Martin
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Amanda Farahany representing Kenny Faulk<br>Steven Stastny representing Dimerco Express USA Corp. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Status Conference regarding pretrial issues. See Transcript. |
| HEARING STATUS: | Hearing Concluded |