# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-01850-MLB
## Faulk v. Dimerco Express USA Corp.
## Honorable Michael L. Brown

Minute Sheet for proceedings held via Zoom on 10/12/2023.

TIME COURT COMMENCED: 11:40 A.M.
TIME COURT CONCLUDED: 11:50 A.M.    COURT REPORTER: Zoom
TIME IN COURT: 00:10                DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Victor Roberts representing Kenny Faulk |
| | Steven Stastny representing Dimerco Express USA Corp. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Telephone conference held. |
| HEARING STATUS: | Hearing Concluded |