# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-01850-MLB
## Faulk v. Dimerco Express USA Corp.
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 10/19/2023.

TIME COURT COMMENCED: 8:40 A.M.
TIME COURT CONCLUDED: 4:30 P.M.    COURT REPORTER: Jana Colter
TIME IN COURT: 2:25    DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Amanda Farahany representing Kenny Faulk
David Jones representing Dimerco Express USA Corp.
Patrick Reid representing Kenny Faulk
Victor Roberts representing Kenny Faulk
Benjamin Rollins representing Kenny Faulk
Steven Stastny representing Dimerco Express USA Corp. |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MINUTE TEXT: | Jury trial - day four. The Court gave its final instructions to the jury. The jury rested to deliberate at 8:50 a.m. The Court addressed questions from the jury. The Court came back on the record at 3:20 p.m. The jury rendered a verdict in favor of the Plaintiff. The Court dismissed the jury. Any and all post-trial motions, including motions for attorneys' fees, shall be filed no later than December 4, 2023. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |