[8]  Is the JURY
Here to Determine
if (by DEF) He was
hired
          OR

IF HE WAS NOT
HIRED Because
of HIS RACE?

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 19 2023

KEVIN P. WEIMER, Clerk
By: J. Kelley Deputy Clerk

Verdict Form?