#2

Does the law or the court determine (?)

What defines a

potential Employees

Point of "HIRE"

or is it determined

by the Individual

(Procedi Manual?)

company Policy, as

possibly defined in

their Co. Handbook?

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 19 2023

KEVIN P. WEIMER, Clerk
By: J. Kelley  Deputy Clerk