Juror Question #3

If awarded
Puaitive damages,
How is it
dispursed?

_Allecarrea_
10/19/23

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 19 2023

KEVIN P. WEIMER, Clerk
By J. Kelley Deputy Clerk