IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 19 2023

KEVIN P. WEIMER, Clerk
By: J. Kelley   Deputy Clerk

Kenny Faulk,

        Plaintiff,

v.   Case No. 1:21-cv-1850-MLB

Dimerco Express USA Corp.,

        Defendant.

_____/

## Verdict Form

**Part I.   Discrimination**

### *Question 1*

Do you find from a preponderance of the evidence that Dimerco Express (USA) Corp. did not hire Kenny Faulk?

YES _X_   NO ____

If you answered "Yes" to Question 1, then answer Question 2.

If you answered "No" to Question 1, this ends your deliberations, and have the foreperson sign and date the last page of the verdict form.

### *Question 2*

Do you find that Dimerco Express (USA) Corp. did not hire Kenny Faulk because of his race?

YES __X__     NO ____

If you answered "Yes" to Question 2, then answer Question 3.

If you answered "No" to Question 2, this ends your deliberations, and have the foreperson sign and date the last page of the verdict form.

### Part II.   Damages

If you answered "Yes" to questions 1, and 2, above, you should answer the following questions.

### *Question 3*

What amount of damages, if any, should be awarded to Kenny Faulk to compensate for a net loss of wages and benefits to the date of August 1, 2022?

$ __90,000__

### *Question 4*

Do you find that Kenny Faulk should be awarded damages to compensate for emotional pain and mental anguish?

**YES** _X_    **NO** ___

If your answer to Question 4 is "Yes" answer the following items:

(1) What amount, if any, do you award for <u>past</u> emotional pain and mental anguish:

$ 150,000

(2) What amount, if any, do you award for <u>future</u> emotional pain and mental anguish:

$ 150,000

If you awarded damages in response to Question Nos. 3 or 4 (or both), go to the next question.

If you did not award damages in response to either Question Nos. 3 or 4, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.

## *Question 5*

Do you find that punitive damages should be assessed against Dimerco Express (USA) Corp.?

YES **X**          NO\_\_\_\_

— If your answer is "Yes," in what amount?

$ **3 Million**



SO SAY WE ALL.

*[Signature]*

Foreperson's Signature

Date 10/19/23