IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Kenny Faulk,

          Plaintiff,

v.                                                                  Case No. 1:21-cv-1850-MLB

Dimerco Express USA Corp.,

          Defendant.

_____/

## JUDGMENT ON JURY VERDICT

This action having come before the Court, Honorable Michael L. Brown, United States District Judge, for a trial by jury and the jury having rendered its verdict in favor of Plaintiff Kenny Faulk on October 19, 2023, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Kenny Faulk and against Defendant Dimerco Express USA Corp. for a net loss of wages and benefits to the date of August 1, 2022 in the amount of $90,000, damages to compensate for past emotional pain and mental anguish in the amount of $150,000, damages

to compensate for future emotional pain and mental anguish in the amount of $150,000, punitive damages against Defendant Dimerco Express (USA) Corp. in the amount of $3,000,000, for judgment in the total amount of $3,390,000,

and further

**ORDERED AND ADJUDGED** that Plaintiff Kenny Faulk recover the costs of this action. Post-trial motions, including motions for attorneys' fees, are due as stated by the Court.

Dated at Atlanta, Georgia, this 23rd day of October, 2023.

KEVIN P. WEIMER, Clerk of Court

By: s/Jessica Kelley
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 23, 2023
Kevin P. Weimer
Clerk of Court

By: s/Jessica Kelley
    Deputy Clerk