UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNY FAULK,<br><br>Plaintiff,<br><br>vs.<br><br>DIMERCO EXPRESS USA CORP.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-01850-MLB |

## ATTORNEY FEE JUDGMENT

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of Plaintiff's Motion for Attorneys' Fees, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendant $380,252.50 in attorneys' fees and $25,986.28 in litigation expenses.

Dated at Atlanta, Georgia this 10th day of July, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  /s/Parker Thompson
         Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
July 10, 2024
Kevin P. Weimer
Clerk of Court

By:  /s/Parker Thompson
         Deputy Clerk